COMMONWEALTH ex. rel.
Joseph B. SAMPLE

v.

Robert SHANNON, Superintendent,
SCI–Frackville,

Appeal of Joseph B. Sample.

Supreme Court of Pennsylvania.

May 21, 2003.

## ORDER

PER CURIAM.

AND NOW, this 21st day of May, 2003, probable jurisdiction is noted and the order appealed is affirmed.

Victor N. DEANER, Appellant,

v.

PENNSYLVANIA BOARD OF
PROBATION PAROLE,
Appellee.

Supreme Court of Pennsylvania.

May 23, 2003.

## ORDER

PER CURIAM.

AND NOW, this 23rd day of May, 2003, the above captioned appeal is quashed as untimely. 42 Pa.C.S. § 5571 and Pa. R.A.P. 105(b).